**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)



# Court of Appeals

## Thirteenth District of Texas

Monday, June 30, 2014

Mr. Carl Deaton
TDCJ#188005
Pack I Unit 18-33
2400 Wallace Pack Rd.
Navasota, TX  77868

Hon. Mark Skurka
District Attorney
901 Leopard St. Room 205
Corpus Christi, TX  78401

Re:      Cause No. 13-14-00342-CR
Tr.Ct.No.  12CR3237B
Style:    In Re Carl Deaton

Enclosed please find the opinion issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:     State Prosecuting Attorney
        117th District Court
        Hon. Patsy Perez, Nueces County District Clerk
        Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region